PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

**FILED**
SEP 10 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA        )
                                )
            vs.                 )   Docket Number: 1:03CR05138-01
                                )
Michael HUTSON                  )
                                )

On April 26, 2004, the above-named was sentenced to 64 months custody of the Bureau of Prisons with 3 years Supervised Release to follow, which commenced on August 3, 2007. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.**
**Senior United States Probation Officer**

Dated:   August 26, 2009
         Modesto, California
         CKH:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER**
                  **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:**  **Michael HUTSON**
**Docket Number:   1:03CR05138-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Michael Hutson be discharged from Supervised Release, and that the proceedings in the case be terminated.

_8-27-09_

**Date**

_[signature]_

**Honorable Oliver W. Wanger**
**Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office